THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LLOYD PRICE, Appellant.

(Argued December 4, 1933; decided January 9, 1934.)

*Philip J. Jones* and *Moe Levy* for appellant.

*William F. X. Geoghan* (*Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH. JJ.